IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANNE S.,                           )
                                   )
         Plaintiff,                )
   v.                              )        1:23CV466
                                   )
MARTIN J. O'MALLEY,                )
Commissioner of                    )
Social Security,                   )
                                   )
                                   )
         Defendant.                )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that the final decision of the Commissioner is upheld and this action is **DISMISSED WITH PREJUDICE**.

                                      /s/ Joe L. Webster
                              United States Magistrate Judge

March 18, 2024
Durham, North Carolina